Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACK APPEL, | Case No.: 09-cv-3826-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| MANN BRACKEN, LLP, | |
| Defendant. | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JACK APPEL, against Defendant, MANN BRACKEN, LLP, in the above-captioned proceeding are hereby dismissed, without prejudice.

Dated: 3/1/10      KROHN & MOSS LTD

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
JACK APPEL

Dated: 3/1/10      THE LAW OFFICE OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart
Attorney for Defendant,
MANN BRACKEN, LLP.

Dated: 3/2/10

IT IS SO ORDERED
Judge Joseph C. Spero

1

Stipulation of Dismissal and [~~Proposed~~] Order